UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

FERNANDO AUGUSTO ARAUJO GUTIERREZ,

Petitioner,

v.

WARDEN, BLUEBONNET DETENTION CENTER,

Respondent.

No. 1:26-CV-00460-H

**ORDER**

Petitioner is a native and citizen of Venezuela. Proceeding pro se, he filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 to challenge his immigration detention pending the outcome of his ongoing removal proceedings. Dkt. No. 1. He seeks immediate release on supervision or a prompt bond hearing.

Respondent filed a response and relevant records, arguing that the Court should dismiss the petition for lack of jurisdiction because Petitioner's claims are moot. Dkt. Nos. 9, 10. In particular, Respondent asserts that, because an immigration judge entered a now administratively final order of removal, Petitioner is no longer in custody pursuant to the statutory provision under which he claims his detention is unlawful. *Id.*

The deadline for Petitioner to file a reply to Respondent's response expired on November 2. To date, he has not filed a reply, sought an extension of time to do so, or otherwise attempted to refute the factual and legal contentions asserted by Respondent in its response.

The Court has reviewed the parties' pleadings and applicable law. For the reasons stated in Respondent's response, the Court concludes that it lacks jurisdiction to adjudicate Petitioner's claims because they are moot. Petitioner's Section 2241 habeas petition is therefore dismissed for lack of jurisdiction.

So ordered.

The Court will enter judgment accordingly.

Dated November 19, 2026.

JAMES WESLEY HENDRIX
United States District Judge